Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
*Attorneys for Defendant ACE*
*American Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DESERT PALACE, INC. d/b/a CAESARS PALACE HOTEL AND CASINO,<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: 2:10-cv-01638-RLH-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff DESERT PALACE, INC. d/b/a CAESARS PALACE HOTEL AND CASINO, by and through its counsel of record D. JASON FERRIS, ESQ. of the law firm of ROBINSON & WOOD, INC. and Defendant ACE AMERICAN INSURANCE COMPANY, by and through its counsel of record, SHERI M. THOME, ESQ. of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

268365.1

& DICKER LLP, hereby stipulate and agree to the dismissal, with prejudice, of the entire action, with each party to bear their own fees and costs incurred herein.

DATED this 16th day of September, 2011.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

BY: *[signature]*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant ACE American Insurance Company*

DATED this 16th day of September, 2011.

ROBINSON & WOOD, INC.

BY: *[signature]*
Mark B. Schellerup, Esq.
Nevada Bar No. 007170
D. Jason Ferris, Esq.
Nevada Bar No. 007698
5556 S. Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

*[signature]*
UNITED STATES DISTRICT JUDGE
DATED: September 19, 2011

268365.1